RECEIVED
MAR 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAR - 6 2007  adl
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case 1:07-mc-00103-RWR     Document 1     Filed 03/06/2007     Page 2 of 9

Case 1:07-mc-00103-RWR     Document 1     Filed 03/06/2007     Page 4 of 9

Case 1:07-mc-00103-RWR    Document 1    Filed 03/06/2007    Page 6 of 9

Case 1:07-mc-00103-RWR    Document 1    Filed 03/06/2007    Page 7 of 9

Case 1:07-mc-00103-RWR    Document 1    Filed 03/06/2007    Page 9 of 9